890

*eral Thacher* for petitioner. *Messrs. Kenneth N. Parkinson* and *David A. Pine* for respondents. Reported below: 42 F. (2d) 11.

No. 528. WEIDENFELD *v.* PACIFIC STEAMSHIP Co. December 1, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. C. C. Daniels* for petitioner.. *Messrs. Arthur H. Van Brunt, Welles V. Moot,* and *H. Z. M. Rodgers* for respondent.

No. 530. PANTAGES THEATRE Co. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. December 1, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James S. Y. Ivins* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John Henry McEvers,* and *Paul D. Miller* for respondent.

No. 531. SUTHERLAND, ALIEN PROPERTY CUSTODIAN, *v.* INTERNATIONAL INSURANCE Co. December 1, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Nathan Ottinger* and *Charles J. Schuck* for petitioner. *Messrs. David Rumsey, Henry Newton Arnold,* and *Louis A. Johnson* for respondent.

No. 532. SUTHERLAND, ALIEN PROPERTY CUSTODIAN, *v.* INTERNATIONAL INSURANCE Co. ET AL.; and

No. 533. SAME *v.* SAME. December 1, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Nathan Ottinger* for petitioner. *Messrs. Emory B. Buckner* and *Louis A. Johnson* for respondents. Reported below: 43 F. (2d) 972.